# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3095

_____

ROBERTO BAILEY PEREZ,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

On Petition for Writ of Certiorari—Original Jurisdiction.
Adrian G. Soud, Judge.

June 5, 2018

PER CURIAM.

DENIED. See *Williams v. State*, 202 So. 3d 917 (Fla. 4th DCA 2016).

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Respondent.